# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**

City: Beloit

County/Parrish: Rock

**Related Case Information:**

Superseding ______ Docket Number 26-mj-226-amb

Same Defendant ______ New Defendant ______

Magistrate Judge Case Number ______

Search Warrant Case Number ______

R20 / R40 from the District of ______

**Defendant information:**

Matter to be Sealed Yes ✔ No

**Def. Name:** Jesus Javier Jurado Garcia

**Alias Name:**

**City/State:** Beloit, WI

**Year of Birth:** 2001 Last 4 digits of SSN ______

**Sex:** Male Race: Hispanic

**U.S. Attorney Information:**

AUSA: WILLIAM M. LEVINS Bar #: ______

Interpreter: No ✔ Yes List language and/or dialect: ______

**Location Status:**

Arrest Date: ______

Already in Federal Custody as of: ______ in ______

Already in State Custody

On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

☐ **Petty** ☑ **Misdemeanor** ☐ **Felony**

☐ Class A
☐ Class B
☐ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| **Set 1** | 18 U.S.C. § 611(a) | Unlawful Voting by an Alien | 1 |
| **Set 2** | | | |
| **Set 3** | | | |
| **Set 4** | | | |
| **Set 5** | | | |
| **Set 6** | | | |

**Date:** September 2, 2026 **Signature of AUSA** /s/ WILLIAM M. LEVINS