IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

JESUS JAVIER JURADO GARCIA,

Defendant.

INFORMATION

Case No. 26-mj-226-amb
18 U.S.C. § 611(a)

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

On or about November 8, 2022, in the Western District of Wisconsin, the defendant,

JESUS JAVIER JURADO GARCIA,

an alien, knowing he was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the offices of Member of the Senate and Member of the House of Representatives.

(In violation of Title 18, United States Code, Section 611(a)).

9/2/2026
Date

CHADWICK M. ELGERSMA
United States Attorney